UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61685-KMW

HOWARD COHAN,

      Plaintiff,

vs.


SUNSHINE GASOLINE DISTRIBUTORS, INC.,
a Florida Profit Corporation,
d/b/a CHEVRON QUICK MART

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, SUNSHINE GASOLINE DISTRIBUTORS, INC., a Florida Profit Corporation, d/b/a CHEVRON QUICK MART, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED September 29, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Edward S. Polk** |
| Gregory S. Sconzo, Esq. | EDWARD S. POLK |
| Florida Bar No.: 0105553 | Florida Bar No.: 239860 |
| Samantha L. Simpson, Esq. | MARC A. RAPAPORT |
| Florida Bar No.: 1010423 | Florida Bar No.: 1008359 |
| Sconzo Law Office, P.A. | COLE, SCOTT & KISSANE, P.A. |
| 3825 PGA Boulevard, Suite 207 | *Counsel for Defendant* |
| Palm Beach Gardens, FL 33410 | Cole, Scott & Kissane Building |
| Telephone: (561) 729-0940 | 9150 South Dadeland Boulevard, Suite 1400 |
| Facsimile: (561) 491-9459 | P.O. Box 569015 |
| Email: greg@sconzolawoffice.com | Miami, Florida 33256 |
| Email: samantha@sconzolawoffice.com | Telephone (305) 350-5338 |
| Email: alexa@sconzolawoffice.com | Facsimile (305) 373-2294 |
| Attorney for Plaintiff | Primary e-mail: edward.polk@csklegal.com |
| | Secondary e-mail: marc.rapaport@csklegal.com |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**
